IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ARTURO GARCIA-LOPEZ,

    Petitioner,

v.

E. EMMERICH,
Warden, FCI Oxford,

    Respondent.

ORDER

Case No. 24-cv-716-jdp

---

Petitioner Arturo Garcia-Lopez seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than November 15, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately April 15, 2024 through the date of the petition, October 15, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Arturo Garcia-Lopez may have until November 15, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before November 15, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 16th day of October 16, 2024.

BY THE COURT:

ANDREW R. WISEMAN
United States Magistrate Judge